Motion DENIED as MOOT.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:08-00166 |
| | ) | JUDGE TRAUGER |
| KAI TYSHAWN DAVIS | ) | |

MOTION FOR COURT TO MAKE RECOMMENDATION
TO BUREAU OF PRISONS

Kai Tyshawn Davis, through counsel, moves this Honorable Court to recommend to the Bureau of Prisons, that Mr. Davis be allowed to participate in the Residential Drug Abuse Program (RDAP). According to information on the Bureau of Prisons website, the RDAP is the Bureau's most intensive substance abuse treatment program. It follows the cognitive behavioral therapy model of treatment wrapped into a modified therapeutic community model in which inmates learn what it is like to live in a pro-social community. Moreover, research findings demonstrated that RDAP participants are significantly less likely to recidivate and less likely to relapse to drug use than non-participants. The studies also suggest that the Bureau's RDAPs make a significant difference in the lives of inmates following their release from custody and return to the community.

Assistant United States Attorney Brent A. Hannafan has no opposition to this motion.

For these reasons, and in consideration of the information contained in the amended pre-sentence report related to his substance abuse problem, it is requested that this motion be granted.

Respectfully submitted,

s/ *Mariah A. Wooten*
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: mariah_wooten@fd.org